RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL M. KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Perryn Scott Torres

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-mj-380-PAL |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING DATE** |
| PERRYN SCOTT TORRES, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for defendant PERRYN SCOTT TORRES, that the sentencing hearing scheduled for Wednesday, September 23, 2014 at 8:45 p.m., be vacated and continued to Wednesday, October 28, 2015 at 8:45 a.m.

This Stipulation is entered into for the following reasons:

1.      Counsel for defendant will be out of the office during the currently scheduled date due to Yom Kippur.

2.      The defendant is not incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

/ / /

4.     The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant to be present for sentencing.

This is the first request to continue sentencing date filed herein.

DATED this 26th day of August, 2015.

RENE L.  VALLADARES                          DANIEL BOGDEN
Federal Public Defender                      United States of America


*/s/ Rachel Korenblat*                        */s/ Nadia Janjua Ahmed*
By:_____            By:_____
RACHEL KORENBLAT                          NADIA JANJUA AHMED
Assistant Federal Public Defender            Assistant United States Attorney
Counsel for Defendant                        Counsel for the Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-mj-380-PAL |
| Plaintiff, | |
| vs. | |
| PERRYN SCOTT TORRES, | |
| Defendant. | |

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, September 23, 2015, be vacated and continued to October 28, 2015 at 8:45 a.m.

DATED this 28th day of August, 2015.

UNITED STATES MAGISTRATE JUDGE