RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Perryn Scott Torres

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PERRYN SCOTT TORRES,<br><br>　　　　　Defendant. | Case No. 2:15-mj-00380-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for Perryn Scott Torres, that the Revocation Hearing currently scheduled on April 10, 2018, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.　Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant.

2.　The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 6th day of April, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|   /s/ Sunethra Muralidhara<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender |   /s/ Robert Knief<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PERRYN SCOTT TORRES,<br><br>    Defendant. | Case No. 2:15-mj-00380-PAL<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday April 10, 2018 at 10:30 a.m., be vacated and continued to May 11, 2018, at the hour of 9:00 a.m.; or to a time and date convenient to the court.

   DATED this 9th day of April, 2018.

                              _____
                              UNITED STATES MAGISTRATE JUDGE